**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11600 (NG) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11642 (NG) |
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>Defendants. | Civil Action No. 04cv11651 (MLW) |

[Caption continues on next page]

**NOTICE OF PENDING MOTIONS IN RELATED CASES:
PLAINTIFFS' MOTION FOR APPOINTMENT OF TRI-LEAD
COUNSEL AND APPOINTMENT OF LIAISON COUNSEL
<u>AND MOTION FOR CONSOLIDATION</u>**

| | |
|---|---|
| GHASSAN J. AWALI et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                Defendants. | Civil Action No. 04cv11709 (JLT) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                Defendants. | Civil Action No. 04cv11735 (GAO) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND,<br><br>                Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,<br><br>                Defendants. | Civil Action No. 04cv11756 (MLW) |

[Caption continues on next page]

| | |
|---|---|
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04cv11812 (JLT) |

Plaintiffs James Gilliam, Bogatin Family Trust, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valerie A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert ("Plaintiffs"), by their counsel, hereby notify this Court that the seven above-entitled cases are related (and were previously pending before Judge Stearns who has recused himself) and that two motions related to all seven cases are currently pending in the lowest numbered case (Gilliam, et al v. Fidelity Investments et al, 04-11600 NG).

The first Motion, filed on September 1, 2004 (Number 2 on the Gilliam docket), is a Motion for an Order (attached thereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP, Stull, Stull & Brody and Scott + Scott LLC as Tri-Lead Counsel to oversee the above-captioned actions; and (ii) Moulton & Gans, P.C. as Liaison Counsel. In support of that Motion, Plaintiffs submitted a Memorandum of Law, a Declaration, and [Proposed] Pretrial Order No. 2 For Appointment Of Tri-Lead Counsel And Appointment Of Liaison Counsel.

The second Motion (Number 6 on the Gilliam docket), also filed September 1, 2004, is a motion for entry of an Order (attached thereto): (i) consolidating the above-captioned actions, which have all been filed in the District Court of Massachusetts; and (ii) establishing a briefing schedule regarding a consolidated complaint. In support of that Motion, Plaintiffs submitted a Memorandum of Law and [Proposed] Pretrial Order No. 1 For Consolidation.

    Other parties have filed Oppositions and other responses to the two Motions (See Docket #s 11-16 in Gilliam).

Dated:    November 17, 2004        Respectfully submitted,

                            **MOULTON & GANS, P.C.**

                            By:  /s/ Nancy Freeman Gans
                                Nancy Freeman Gans (BBO #184540)
                          33 Broad Street, Suite 1100
                          Boston, Massachusetts  02109-4216
                          (617) 369-7979

                          *Counsel for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Liaison Counsel*

                          **MILBERG WEISS BERSHAD
                            & SCHULMAN LLP**
                          Steven G. Schulman
                          Janine L. Pollack
                          Kim E. Levy
                          Michael R. Reese
                          One Pennsylvania Plaza
                          New York, New York  10119-0165
                          (212) 594-5300

                          *Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Tri-Lead Counsel*


**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiff James Gilliam and Proposed Tri-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff James Gilliam*

3

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

*Counsel for Plaintiff Bogatin Family Trust*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for Plaintiff Bogatin Family Trust*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiffs William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 17th day of November, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

4